■ In the Matter of WAHEEM ALLAH, Petitioner, v MICHAEL R. AMBRECHT, Respondent. [825 NYS2d 177]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed as moot, without costs or disbursements. All concur. No opinion. Order filed. Concur—Buckley, P.J., Tom, Mazzarelli, Williams and McGuire, JJ.